IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DWIGHT A. STATEN,

    Plaintiff,                    No. CIV S-04-0520 GEB PAN P

    vs.

EDWARD ALAMEDIA, Jr., et al.,

    Defendants.           ORDER

_____/

    On March 31, 2006, plaintiff filed a motion for relief from judgment.

    The court granted plaintiff relief from judgment March 23, 2005, but judgment was not vacated.

    Accordingly, IT IS HEREBY ORDERED that:

    1. Plaintiff's March 31, 2006, motion is denied as moot;

    2. The Clerk of the Court is directed to vacate judgment pursuant to the March 23, 2005 order.

DATED: May 23, 2006.

                                            /s/ [signature]
                                            UNITED STATES MAGISTRATE JUDGE

\004
\stat0520.deny motion as moot