# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT A. STATEN, | CV F   06-631 OWW LJO P |
| Plaintiff, | |
| v. | ORDER DENYING MOTION FOR ORDER OF SERVICE OF COMPLAINT (Doc. 30.) |
| ARTHUR CALDERON, et. al., | |
| Defendants. | |

Dwight A. Staten("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on March 16, 2004, in the U.S. District Court for the Eastern District of California, Sacramento Division.  Plaintiff filed an Amended Complaint on October 12, 2004.  Magistrate Judge Nowinski issued an Order to Show Cause Why the Complaint should not be dismissed for Plaintiff's failure to exhaust his administrative remedies on October 27, 2004.  On January 6, 2005, Findings and Recommendations were issued that the case be dismissed for Plaintiff's failure to exhaust administrative remedies.  The District Court adopted the Findings and Recommendations on February 22, 2005, and dismissed the case.

Plaintiff appealed to the Ninth Circuit which appeal was dismissed for lack of jurisdiction.

1   On March 23, 2005, the District Court reopened the case in the interests of justice.  The
2 case was reviewed and a determination that venue was improper was made. Hence, an Order
3 transferring the case to the Fresno Division of the Eastern District issued.  This Court received
4 the case on May 24, 2006.
5   On June 13, 2006, Plaintiff filed a Notice of Motion to Proceed with service of the
6 summons and complaint per Judge Moulds Order.
7   The Court is required to screen complaints brought by prisoners seeking relief against a
8 governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  By
9 screening the case, the Court will determine whether it must dismiss a complaint or portion
10 thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state
11 a claim upon which relief may be granted, or that seek monetary relief from a defendant who is
12 immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).
13   In this case, the screening function has not yet been performed by the Court.  According
14 to the Court docket, the Order referenced by Plaintiff and issued by Judge Moulds merely
15 transferred the case to this Court.  It did not make a determination that the Complaint stated a
16 cognizable claim for relief such that service of the Complaint should now commence.  In any
17 event, the Court will not issue an order for service of the Complaint until such time as a
18 determination that the Complaint states cognizable claims is made.  Plaintiff should note that the
19 Court has pending before it hundreds of similar cases.  The Court generally proceeds with the
20 cases in the order that they were filed.  Thus, there may be some delay in the progression of the
21 case. Plaintiff is urged to be patient and to keep the Court informed if his address should it
22 change.
23   Accordingly, the Court HEREBY ORDERS:
24   1   The Motion to Proceed With Service of the Complaint is DENIED.
25 IT IS SO ORDERED.
26 **Dated:   July 13, 2006**               /s/ Lawrence J. O'Neill
    b9ed48                         UNITED STATES MAGISTRATE JUDGE
27
28