1

2

3

4

5

6          **IN THE UNITED STATES DISTRICT COURT**

7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   Dwight A. Staten,                    )    No. CV 1-06-0631-DCB   P
                                          )
10              Plaintiff,                )    **ORDER**
                                          )
11  vs.                                   )
                                          )
12  Arthur Calderon, et al.,              )
                                          )
13              Defendants.               )
    _____     )

14

15          Plaintiff's Motion to Alter and Stay Judgment Entered on 1/28/09 has been considered

16  by the Court and is found without merit.  Plaintiff is bound to the Order entered 1/29/2009

17  and should comply or this action will be dismissed without further notice.

18          **IT IS ORDERED** that the Motion (Doc. No. 11) is DENIED.

19          **IT IS FURTHER ORDERED:**

20          (1)  Plaintiff is granted 60 days from the filing date of the Order entered 1/29/09  in

21          which to discover by subpoena or otherwise the identity of Defendant Officers "S"

22          and "E," and to file a "notice of substitution" providing each Defendant's name in

23          place of Officer "S" and Officer "E."

24          (2)     The Clerk of Court must issue two subpoenas in blank and send them to

25  Plaintiff.

26          **(3)     If Plaintiff fails to file a "notice of substitution" of parties within 60 days**

27  **of the date of filing of the Order dated 1/29/09, the Clerk of Court must, without further**

28

1   notice, enter a judgment of dismissal of this action without prejudice.  <u>See</u> **Fed. R. Civ.**

2   **P. 41(b).**

3          DATED this 18th day of February, 2009.

David C. Bury
United States District Judge
