# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Dwight A. Staten, | ) | No. CV 1-06-0631-DCB  P |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Arthur Calderon, et al., | ) | |
| Defendants. | ) | |

Plaintiff, Dwight A. Staten, who is confined in the California State Prison in Corcoran, California, has filed a *pro se* civil rights Second Amended Complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 38.) The Court previously granted Plaintiff time to file a notice of substitution of parties for Defendant Officers "S" and "E." (Doc. Nos. 40, 44.) In addition, the Court entered an Order requiring Defendant Warden Arthur Calderon to produce the Duty Roster of "S & E" Officers of 2nd watch 270 yard from September 2002. That Order was entered by the Court prematurely; the Defendant Warden has not been served or entered an appearance in this action at this juncture. The Court therefore lacks the power to enforce the Order directed to Defendant Warden Calderon.

Accordingly,

IT IS ORDERED that the Court's Order directing Defendant Warden Calderon to Produce entered April 3, 2009 (Doc. No. 46) is VACATED.

IT IS FURTHER ORDERED that Plaintiff has been granted sufficient amount of time to independently identify Defendant Officers "S" and "E" in accordance with previously entered Court Orders. Plaintiff has failed to file a notice of substitution of parties. **If**

1 **Plaintiff fails to file a "notice of substitution" of parties on or before June 30, 2009, the**
2 **Clerk of Court must, without further notice, enter a judgment of dismissal of this action**
3 **without prejudice.** <u>See</u> **Fed. R. Civ. P. 41(b).**
4     IT IS FURTHER ORDERED that the Motion for Hearing on Request for Default
5 Judgment (Doc. No. 47) is DENIED.
6     DATED this 29th day of May, 2009.

David C. Bury
United States District Judge