IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dwight A. Staten, | CV-1-06-0631-DCB   P |
| Plaintiff, | **ORDER** |
| vs. | |
| Arthur Calderon, et al., | |
| Defendants. | |

    Plaintiff filed a Motion for Stay of Court's Order.  Plaintiff was warned, and has been repeatedly warned, that his failure to file a "notice of substitution" of parties on or before a date certain, would result in an order of dismissal without further notice.  <u>See</u> Fed. R. Civ. P. 41(b).

    IT IS ORDERED that Plaintiff's Motion for Stay of Court's Order (Doc. No. 49) is DENIED.

    IT IS FURTHER ORDERED that the Clerk of the Court is directed to enter a judgment of dismissal of this action without prejudice pursuant to Fed.R.Civ.P. 41(b).  This action is terminated.

    DATED this 6th day of July, 2009.

David C. Bury
United States District Judge